# United States District Court
# For The Western District of North Carolina
# Charlotte Division

John Henry Stacks, Jr.,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                        3:07-cv-164
                                          3:01-cr-135-1

USA ,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 9, 2010 Order.


                                         Signed: September 9, 2010

                                         Frank G. Johns, Clerk
                                         United States District Court